
**Internal Revenue Service**
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| :---: |

# Wage and Income Transcript

|  |  |
| --- | --- |
| Request Date: | 07-06-2026 |
| Response Date: | 07-06-2026 |
| Tracking Number: | 110817679282 |

|  |  |
| --- | --- |
| Form Number: | All Forms |
| Report for Tax Period Ending: | 12-31-2025 |
| Taxpayer Identification Number: | XXX-XX-5520 |

Requested data not found.

| This Product Contains Sensitive Taxpayer Data |
| :---: |

Page 1/1