**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Tax Return Transcript

|  |  |
|---|---|
| Request Date: | 07-06-2026 |
| Response Date: | 07-06-2026 |
| Tracking Number: | 110817681189 |

| | |
|---|---|
| SSN provided: | XXX-XX-5520 |
| Report for Tax Period Ending: | 12-31-2025 |

**The following items reflect the amount as shown on the return, and the amount as adjusted, if applicable. They do not show subsequent activity on the account.**

| | |
|---|---|
| SSN: | XXX-XX-5520 |
| Spouse SSN: | |

JOSH GONZ
2434 1

| | |
|---|---|
| Main Home In US: | Yes |
| Filing status: | Single Taxpayer |
| Form number: | 1040 |
| Cycle posted: | 20261405 |
| Received date: | 04-04-2026 |
| Payment: | $0.00 |
| Exemption number: | 00 |
| Other dependent credit total eligible per computer: | 0 |
| Other dependent credit total eligible verified: | 0 |
| More Than 4 Dependents: | No |
| Relationship: | No relationship indicated, or determination cannot be made |
| Lived With You More Than Half Of Year: | |
| Student/Disabled: | |
| Relationship: | No relationship indicated, or determination cannot be made |
| Lived With You More Than Half Of Year: | |
| Student/Disabled: | |
| Relationship: | No relationship indicated, or determination cannot be made |
| Lived With You More Than Half Of Year: | |
| Student/Disabled: | |
| Relationship: | No relationship indicated, or determination cannot be made |
| Lived With You More Than Half Of Year: | |
| Student/Disabled: | |
| Married Filing Separately or Head of Household Lived Apart Indicator: | |
| PTIN: | |
| Preparer EIN: | |

## Income

| | |
|---|---|
| Total wages: | $0.00 |
| Form W-2 wages: | $0.00 |
| Taxable interest income (Schedule B): | $0.00 |
| Tax-exempt interest: | $0.00 |
| Ordinary dividend income (Schedule B): | $0.00 |
| Qualified dividends: | $0.00 |

| | |
|---|---:|
| Refunds of state/local taxes: | $0.00 |
| Alimony received: | $0.00 |
| Business income or loss (Schedule C): | $165.00 |
| Business income or loss (Schedule C) per computer: | $165.00 |
| Capital gain or loss (Schedule D): | $0.00 |
| Capital gains or loss (Schedule D) per computer: | $0.00 |
| Other gains or losses (Form 4797): | $0.00 |
| Total IRA distributions: | $0.00 |
| Taxable IRA distributions: | $0.00 |
| Total pensions and annuities: | $0.00 |
| Taxable pension/annuity amount: | $0.00 |
| Additional income: | $165.00 |
| Additional income per computer: | $165.00 |
| Refundable credits per computer: | $0.00 |
| Refundable education credit per computer: | $0.00 |
| Qualified business income deduction: | $0.00 |
| Rent/royalty/partnership/estate (Schedule E): | $0.00 |
| Rent/royalty/partnership/estate (Schedule E) per computer: | $0.00 |
| Rent/royalty income/loss per computer: | $0.00 |
| Estate/trust income/loss per computer: | $0.00 |
| Partnership/S-Corp income/loss per computer: | $0.00 |
| Farm income or loss (Schedule F): | $0.00 |
| Farm income or loss (Schedule F) per computer: | $0.00 |
| Unemployment compensation: | $0.00 |
| Total Social Security benefits: | $0.00 |
| Taxable Social Security benefits: | $0.00 |
| Taxable Social Security benefits per computer: | $0.00 |
| Other income: | $0.00 |
| Schedule EIC Self-employment income per computer: | $0.00 |
| Schedule EIC earned income per computer: | $165.00 |
| Schedule EIC disqualified income per computer: | $0.00 |
| Advanced Child Tax Credit Opt Out: | No |
| Form 1099-K: | $0.00 |
| Additional child tax credit earned income: | $0.00 |
| Qualified business income deduction: | $0.00 |
| Form 8995 qualified business income deduction computer: | $0.00 |
| Form 8995 net capital gains computer: | $0.00 |
| Scholarship/Fellowship grant: | $0.00 |
| Total income: | $165.00 |
| Total income per computer: | $165.00 |

## Adjustments to Income

| | |
|---|---:|
| Educator expenses: | $0.00 |
| Educator expenses per computer: | $0.00 |
| Reservist and other business expense: | $0.00 |
| Health Savings Account deduction: | $0.00 |
| Health Savings Account deduction per computer: | $0.00 |
| Moving expenses (Form 3903): | $0.00 |
| Self-employment tax deduction: | $0.00 |
| Self-employment tax deduction per computer: | $0.00 |
| Self-employment tax deduction verified: | $0.00 |
| Keogh/SEP contribution deduction: | $0.00 |
| Self-employment health insurance deduction: | $0.00 |
| Early withdrawal of savings penalty: | $0.00 |
| Alimony paid SSN: | |
| Alimony paid: | $0.00 |
| Repayment clean vehicle credit: | $0.00 |
| IRA deduction: | $0.00 |
| IRA deduction per computer: | $0.00 |
| Student loan interest deduction: | $0.00 |
| Student loan interest deduction per computer: | $0.00 |
| Student loan interest deduction verified: | $0.00 |
| Total Qualified Tips: | $0.00 |
| Deduction for Qualified Tips: | $0.00 |

```
Deduction for Qualified Tips Computer:                              $0.00
Total Qualified Overtime Income:                                   $0.00
Deduction for Qualified Overtime:                                 $0.00
Deduction for Qualified Overtime Computer:                        $0.00
Total Car Loan Interest Paid:                                     $0.00
Car Loan Interest Deduction:                                      $0.00
Car Loan Interest Deduction Computer:                             $0.00
Deduction for Seniors:                                            $0.00
Deduction for Seniors Computer:                                   $0.00
State And Local Tax Computer:                                     $0.00
Total other payment refundable credit per computer:              $0.00
Total other payment refund verified:                             $0.00
Other adjustments:                                               $0.00
Archer MSA deduction:                                            $0.00
Archer MSA deduction per computer:                               $0.00
Total adjustments:                                               $0.00
Total adjustments per computer:                                  $0.00
Adjusted gross income:                                         $165.00
Adjusted gross income per computer:                            $165.00
```

## Tax and Credits

```
65 or over:                                                         No
Blind:                                                              No
Spouse 65 or over:                                                  No
Spouse blind:                                                       No
Standard deduction per computer:                             $1,350.00
Additional standard deduction per computer:                       $0.00
Tax table income per computer:                                    $0.00
Exemption amount per computer:                                    $0.00
Taxable income:                                                   $0.00
Taxable income per computer:                                      $0.00
Total positive income per computer:                            $165.00
Tentative tax:                                                    $0.00
Tentative tax per computer:                                       $0.00
Form 8814 additional tax amount:                                  $0.00
Tax on income less Social Security income per computer:           $0.00
Form 6251 alternative minimum tax:                                $0.00
Form 6251 alternative minimum tax per computer:                   $0.00
Foreign tax credit:                                               $0.00
Foreign tax credit per computer:                                  $0.00
Foreign income exclusion per computer:                            $0.00
Foreign income exclusion tax per computer:                        $0.00
Excess advance premium tax credit repayment amount:               $0.00
Excess advance premium tax credit repayment verified
  amount:                                                         $0.00
Child & dependent care credit:                                    $0.00
Child & dependent care credit per computer:                       $0.00
Credit for elderly and disabled:                                  $0.00
Credit for elderly and disabled per computer:                     $0.00
Education credit:                                                 $0.00
Education credit per computer:                                    $0.00
Gross education credit per computer:                              $0.00
Retirement savings contribution credit:                           $0.00
Retirement savings contribution credit per computer:              $0.00
Total retirement savings contribution (Form 8880
  computer):                                                      $0.00
Residential clean energy credit:                                  $0.00
Residential clean energy credit per computer:                     $0.00
Child and other dependent credit:                                 $0.00
Child and other dependent credit per computer:                    $0.00
Adoption credit (Form 8839):                                      $0.00
Adoption credit per computer:                                     $0.00
Form 8396 mortgage certificate credit:                            $0.00
Form 8396 mortgage certificate credit per computer:               $0.00
Total other non-refundable credit:                                $0.00
```

| | |
|---|---|
| Form 3800 general business credits: | $0.00 |
| Form 3800 general business credits per computer: | $0.00 |
| Prior year minimum tax credit (Form 8801): | $0.00 |
| Prior year minimum tax credit (Form 8801) per computer: | $0.00 |
| Earlier year income repayment credit: | $0.00 |
| Clean vehicle credit: | $0.00 |
| Clean vehicle credit per computer: | $0.00 |
| Credit Limit Worksheet B Per Computer: | $0.00 |
| Refundable Adoption Credit: | $0.00 |
| Refundable Adoption Credit Verified Amount: | $0.00 |
| Refundable Adoption Credit Computer: | $0.00 |
| Net elective payment election per computer: | $0.00 |
| Repayment pre-owned clean vehicle credit: | $0.00 |
| Form 4255 Chapter 1 tax: | $0.00 |
| Other additions to tax: | $0.00 |
| Schedule 2 part 2 Form 4255 recapture: | $0.00 |
| Energy efficient home credit verified: | $0.00 |
| Residential clean energy verified: | $0.00 |
| Exterior Doors Credit per Computer: | $0.00 |
| Exterior Windows Credit per Computer: | $0.00 |
| Central AC Credit per Computer: | $0.00 |
| Water Heater Credit per Computer: | $0.00 |
| Furnace or Boiler Credit per Computer: | $0.00 |
| Panelboard Circuit Credit per Computer: | $0.00 |
| Stove or Boiler Credit per Computer: | $0.00 |
| Other credits: | $0.00 |
| Total credits: | $0.00 |
| Total credits per computer: | $0.00 |
| Income tax after credits per computer: | $0.00 |
| Advanced manufacturing credit per computer: | $0.00 |
| Advanced manufacturing invest credit per computer: | $0.00 |
| Clean hydrogen production credit per computer: | $0.00 |
| Carbon oxide sequestration credit per computer: | $0.00 |
| Energy efficient home credit per computer: | $0.00 |
| Energy efficient home credit: | $0.00 |
| Pre-owned clean vehicle credit per computer: | $0.00 |
| Pre-owned clean vehicle credit: | $0.00 |
| Pre-owned clean vehicle verified: | $0.00 |
| New clean vehicle bus credit per computer: | $0.00 |
| New clean vehicle bus verified: | $0.00 |
| Commercial clean vehicle credit per computer: | $0.00 |
| Commercial clean vehicle verified: | $0.00 |
| Clean vehicle credit verified: | $0.00 |

## Other Taxes

| | |
|---|---|
| Self employment tax: | $0.00 |
| Self employment tax per computer: | $0.00 |
| Social Security and Medicare tax on unreported tips: | $0.00 |
| Social Security and Medicare tax on unreported tips per computer: | $0.00 |
| Tax on qualified plans Form 5329 (PR): | $0.00 |
| Tax on qualified plans Form 5329 per computer: | $0.00 |
| Individual Retirement Account File (IRAF) tax per computer: | $0.00 |
| Taxpayer tax figures (reduced by IRAF) per computer: | $0.00 |
| Individual Master File (IMF) total tax (reduced by IRAF) per computer: | $0.00 |
| Total other taxes per computer: | $0.00 |
| Unpaid Federal Insurance Contributions Act (FICA) on reported tips: | $0.00 |
| Form 8959 additional Medicare tax: | $0.00 |
| Form 8960 net investment income tax: | $0.00 |
| Interest on deferred tax: | $0.00 |
| Total other taxes: | $0.00 |
| Recapture tax (Form 8611): | $0.00 |

Household employment taxes: $0.00
Household employment taxes per computer: $0.00
Interest due on installment: $0.00
Schedule 2 Part 1 Form 4255 recapture: $0.00
Form 4255 excessive payments: $0.00
Net elective payment election: $0.00
Excess Social Security tax withheld verified: $0.00
Excess Social Security tax withheld per computer: $0.00
Total additional taxes: $0.00
Total assessment per computer: $0.00
Total tax liability taxpayer figures: $0.00
Total tax liability taxpayer figures per computer: $0.00

## Payments

Federal income tax withheld: $0.00
Prior year advanced credit: $0.00
Estimated tax payments: $0.00
Other payment credit: $0.00
Refundable education credit: $0.00
Refundable education credit per computer: $0.00
Refundable education credit verified: $0.00
Refundable credits: $0.00
Earned income credit: $0.00
Earned income credit per computer: $0.00
Nontaxable combat pay: $0.00
Excess Social Security & Railroad Retirement Tax Act
  (RRTA) tax withheld: $0.00
Schedule 8812 additional child tax credit: $0.00
Schedule 8812 additional child tax credit per computer: $0.00
Schedule 8812 additional child tax credit verified: $0.00
Amount paid with Form 4868: $0.00
Form 2439 regulated investment company credit: $0.00
Form 4136 credit for federal tax on fuels: $0.00
Form 4136 credit for federal tax on fuels per computer: $0.00
Section 965 tax installment: $0.00
Section 965 tax liability: $0.00
Premium tax credit amount: $0.00
Premium tax credit verified amount: $0.00
Primary NAP first time home buyer installment amount: $0.00
Secondary NAP first time home buyer installment amount: $0.00
First time homebuyer credit repayment amount: $0.00
Form 5405 total homebuyers credit repayment per computer: $0.00
Small employer health insurance per computer: $0.00
Small employer health insurance per computer (2): $0.00
Total other payments refundable: $0.00
Total payments: $0.00
Total payments per computer: $0.00

## Refund or Amount Owed

Amount you owe: $0.00
Estimated tax credit applied to next year: $0.00
Estimated tax penalty: $0.00
Tax on income less state refund per computer: $0.00
Balance due/overpayment using taxpayer figure per
  computer: $0.00
Balance due/overpayment using computer figures: $0.00
Form 8888 total refund per computer: $0.00

## Third Party Designee

Third party designee ID number:

Authorization indicator:                                                      No
Third party designee name:

## Schedule C - Profit or Loss From Business (Occurrence #: 1)

Social Security Number:                                              XXX-XX-5520
Employer ID number:
Business name:
Description of business/profession:
North American Industry Classification System (NAICS)
  code:                                                                  518210
Account method:                                                            Cash
Materially Participate:                                                       N
First time Schedule C filed:                                               Yes
Statutory employee indicator:                                               No

### Income

Gross receipts or sales:                                                  $0.00
Returns and allowances:                                                   $0.00
Net gross receipts:                                                       $0.00
Cost of goods sold:                                                       $0.00
Schedule C Form 1099 required:                                            None
Schedule C Form 1099 filed:                                               None
Other income:                                                          $165.00

### Expenses

Car and truck expenses:                                                   $0.00
Depreciation:                                                             $0.00
Insurance (other than health):                                           $0.00
Mortgage interest:                                                        $0.00
Legal and professional services:                                         $0.00
Repairs and maintenance:                                                  $0.00
Travel:                                                                   $0.00
Meals and entertainment:                                                  $0.00
Wages:                                                                    $0.00
Other expenses:                                                           $0.00
Total expenses:                                                           $0.00
Expense for business use of home:                                         $0.00
Schedule C net profit or loss per computer:                            $165.00
At risk CD:                                                 All investment at risk
Office expense amount:                                                    $0.00
Utilities expense amount:                                                 $0.00
Energy efficient building deduction:                                      $0.00

### Cost of Goods Sold

Inventory at beginning of year:                                          $0.00
Inventory at end of year:                                                $0.00

```
This Product Contains Sensitive Taxpayer Data
```