**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOSHUA GONZALEZ,

Plaintiff,

-against-

26 **CIVIL** 2872 (LLS)

# JUDGMENT

HYATT HOTELS CORPORATION, ET AL.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2026, Plaintiff's complaint is dismissed for lack of standing, and therefore, for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). For this reason, the Court has denied all of Petitioner's requests for relief, including any requests for immediate preliminary injunctive relief. (ECF 2, 6, 7, 10.)

**Dated:** New York, New York

August 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**